```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 18091
    SARGON ARSANIS
    BIRGIT ARSANIS                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
            Debtor
    SSN XXX-XX-0629      SSN XXX-XX-6546
```

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/14/08 .

2. The case was dismissed without confirmation, 12/05/2008.

3. The Debtor paid a total of $ 3550.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CORNERSTONE BANK | CURRENT MORTG | .00 | .00 | .00 |
| CORNERSTONE BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| CORNERSTONE BANK | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 576.00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | 150.00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | 150.00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | 150.00 |
| LAKE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | 150.00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CONSOLIDATED TAX SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| ISPC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
PEOPLES GAS                      UNSECURED        NOT FILED              .00         .00
PEOPLES GAS                      UNSECURED        NOT FILED              .00         .00
RESURGENT CAPITAL SERVIC         UNSECURED        NOT FILED              .00         .00
FIA CARD SERVICES                UNSECURED        NOT FILED              .00         .00
HSBC                             UNSECURED        NOT FILED              .00         .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                         SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00           .00          .00         .00          .00
PRINCIPAL PAID          1176.00           .00          .00         .00      1176.00
INTEREST PAID               .00           .00          .00         .00          .00
TOTAL PAID              1176.00           .00          .00         .00      1176.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $   3500.00
and was paid $   1046.00  direct and $   2182.75  through the plan.

The Trustee received $    191.25 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/12/09                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                             PAGE   2
          CASE NO. 08 B 18091 SARGON ARSANIS & BIRGIT ARSANIS